IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Bruin Xpress, Inc. | ) | Case No. 24-13626 |
| | ) | |
| | ) | Honorable David D. Cleary |
| | ) | |
| Debtors | ) | |
| | ) | |

**NOTICE OF MEETING OF CREDITORS**
**TO BE CONDUCTED VIA MICROSOFT TEAMS**

     PLEASE TAKE NOTICE that the Meeting of Creditors is scheduled for **Wednesday, October 16, 2024, at 1:30 p.m**. Please also note that the meeting will be conducted via Microsoft Teams. Parties wishing to participate in the meeting must use the following information to access the meeting:

**To Join by Video:**
  Meeting ID:       992 444 905 810
  Passcode:        fARFFH

**To Join by Phone:**
  Telephone:        202-235-7900
  Telephone Passcode:  402 302 496#

Parties will only be able to participate in the meeting of creditors by video or using the above information. **NO PERSONAL APPEARANCES ARE PERMITTED**

                                                      PATRICK S. LAYNG
                                                      U. S. TRUSTEE

                                                      By: */s/ Suhey Ramirez*
                                                      Suhey Ramirez Attorney
                                                      OFFICE OF THE U.S. TRUSTEE
                                                      219 South Dearborn Street, Rm 873
                                                      Chicago, Illinois 60604
                                                      (312) 353-5014

# CERTIFICATE OF SERVICE

I, Suhey Ramirez,

☒ an attorney, certify
    - or -
☐ a non-attorney, declare under penalty of perjury under the laws of the United States of America

that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method shown on September 18, 2024, at 5:00 p.m.

*/s/ Suhey Ramirez*

# SERVICE LIST

**Registrants Served Through the Court's Electronic Notice For Registrants**

- **Robert W Glantz**    rglantz@muchlaw.com, ccafcules@muchlaw.com
- **Philip M Novak**    pmnovak@elizerlaw.com

**Parties Served via U.S. First Class Mail:**
**(parties served via BMC Group – please see attached creditor matrix)**

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 24-13626<br>Northern District of Illinois<br>Eastern Division<br>Wed Sep 18 09:35:38 CDT 2024 | Bruin Xpress, Inc.<br>1720 S. Michigan Avenue<br>Unit 1706<br>Chicago, IL 60616-4849 | Maersk Agency U.S.A. as agent for Maersk Lin<br>c/o Elizer Law Group, LLC<br>7366 N. Lincoln Avenue<br>Suite 305<br>Lincolnwood, IL 60712-1740 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | ABIS INSURANCE SERVICES INC.<br>7030 W BELMONT AVE.<br>CHICAGO, IL 60634-4689 | AIRGAS USA, LLC<br>3300 BUTLER AVE SOUTH<br>CHICAGO HEIGHTS, IL US 60411-5507 |
| AV TRUCKING<br>1750 MANHATTAN ROAD<br>JOLIET, IL 60433-8502 | CANADIAN NATIONAL RAIL  VENDOR<br>P.O. BOX 71206<br>CHICAGO, IL 60694-1206 | CCM<br>500 INTERNATIONAL DR., # 130 BUDD L<br>NJ, US 07828-1390 |
| CONCENTRA<br>OCCUPATIONAL HEALTH CENTERS OF SWPA<br>LOMBARD, IL US 60148-0488 | COSCO<br>15600 JOHN F KENNEDY BLVD.<br>HOUSTON, TX 77032-2344 | DCLI<br>7955 S CASS AVE., #111<br>DARIEN, IL US 60561-5160 |
| (p)DELTA INDUSTRIES  INC<br>5235 KATRINE AVE<br>DOWNERS GROVE IL 60515-4034 | ECHO GLOBAL LOGISTICS<br>22168 NETWORK PLACE<br>CHICAGO, IL 60673-1221 | EVERGREEN SHIPPING AGENCY (AMERICA) CORPORAT<br>TOLLWAY PLAZA I 16000 NORTH DALLAS PARKW<br>SUITE 400<br>DALLAS, TX 75248 |
| FLEET PRIDE<br>5522 HWY. 21<br>SAVANNAH, GA US 31407 | FLEXI-VAN LEASING, INC.<br>P.O. BOX 3228<br>BOSTON, MA US 02241-3228 | FYX FLEET<br>P.O. BOX 145400<br>CINCINNATI, OH US 45250-5400 |
| GSM TRANSPORT CO.<br>15700 103RD STREET, SUITE 230<br>LEMONT, IL 60439-9610 | HYUNDAI (HMM)<br>222 WEST LAS COLINAS BLVD., SUITE 700<br>IRVING, TX 75039-5468 | INTERSTATE BATTERY OF CHICAGO<br>16220 S CRAWFORD AVE.<br>TINLEY PARK, IL 60478-2054 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | JET TRANSPORT INC.<br>44 W 168TH STREET<br>SOUTH HOLLAND, IL 60473-2837 | MAERSK<br>9300 ARROWPOINT BOULEVARD<br>CHARLOTTE, NC 28273-8136 |
| MATSON NAVIGATION COMPANY INC.<br>426 N 44TH STREET, SUITE 250<br>PHOENIX, AZ 85008-6509 | MIDWEST DOCK SOLUTIONS INC.<br>27 E. 36TH PI.<br>STEGER, IL 60475-1780 | MIDWEST TRAILER REPAIR<br>1900 WEST 43RD STREET<br>CHICAGO, IL 60609-3115 |
| MSC (MEDITERRANEAN SHIPPING COMPANY (USA) IN<br>420 FIFTH AVENUE<br>NEW YORK, NY 10018-2709 | Mail Stop 5014CHI<br>230 S. Dearborn Street, Room 2600<br>Chicago, IL 60604 | OCEAN NETWORK EXPRESS NORTH AMERICA INC.<br>8730 STONEY POINT PKWY., STE 400<br>RICHMOND, VA 23235-1952 |

| | | |
|---|---|---|
| PCS SOFTWARE<br>110 VISION PARK BLVD.<br>SHENANDOAH, TX US 77384-3015 | PILOT RECEIVABLES, LLC<br>5500 LONAS DR., SUITE 260, CREDIT DEPT.<br>KNOXVILLE, TN 37909-3200 | POOLER TRUCK SERVICES<br>1802 OLD DEAN FOREST RD.<br>POOLER, GA US 31322-8913 |
| QX LOGISTIX, LLC<br>5685 ALCOA AVE.<br>VERNON, CA 90058-3728 | RUSH FREIGHT SYSTEMS<br>5600 N RIVER ROAD, UNIT 764<br>ROSEMONT, IL 60018-5165 | SAMBA SAFETY<br>DEPT. LA 24536<br>PASADENIA, CA 91185-4536 |
| SOS TIRE & AUTO<br>115 KICKLIGHTER WAY<br>GARDEN CITY, GA US 31408-3237 | TENSTREET, LLC<br>5121 S WHEELING AVE.<br>TULSA, OK US 74105-6421 | THE DELONG COMPANY INC.<br>PO BOX 552<br>CLINTON WI US 53525-0552 |
| TRAC INTERMODAL<br>P.O. BOX 952064<br>ST. LOUIS, MO US 63195-2064 | TRAC SERVICES<br>750 COLLEGE ROAD EAST<br>PRINCETON, NJ 08540-6657 | TRANSCHICAGO TRUCK GROUP<br>2333 W. 25TH AVE.<br>GARY, IN US 46404-3318 |
| ZIM AMERICAN INTEGRATED SHIPPING<br>5801 LAKE WRIGHT DRIVE<br>NORFOLK, VA US 23502-1863 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | Robert P Handler<br>Commercial Recovery Associates, LLC<br>805 Greenwood Street<br>Evanston, IL 60201-6521 |
| Robert W Glantz<br>Much Shelist, P.C.<br>191 N. Wacker Drive<br>Suite 1800<br>Chicago, IL 60606-1631 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

DELTA INDUSTRIES INC.
5235 KATRINE AVE.
DOWNERS GROVE, IL US 60515

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)CHASE BANK CREDIT CARD 9135<br>JP MORGAN CHASE BANK, N.A. | (u)JX ENTERPRISES<br>925 WALNUT RIDGE DR., SUITE 150<br>WI | End of Label Matrix<br>Mailable recipients    45<br>Bypassed recipients     2<br>Total                  47 |