Fill in this information to identify the case:

Debtor name: Bruin Xpress, Inc.
United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
Case number (if known): 24-13626

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders   12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A&M INTERMODAL<br>5240 W 47TH ST<br>Chicago, IL 60638 | | | Disputed | | | $7,260.00 |
| AV Trucking<br>1750 MANHATTAN ROAD<br>Joliet, IL 60433 | | | Disputed | | | $23,697.00 |
| BIBERK BUSINESS INSURANCE<br>PO BOX 113247<br>Stamford, CT 06911 | | | Disputed | | | $56,642.00 |
| CANADIAN NATIONAL RAIL<br>PO BOX 71206<br>Chicago, IL 60694 | | | Disputed | | | $6,245.00 |
| DCLI<br>7955 S CASS AVE #111<br>Darien, IL 60561 | | | Disputed | | | $39,856.98 |
| Echo Global Logistics<br>22168 NETWORK PLACE<br>Chicago, IL 60673 | | | Disputed | | | $63,406.97 |
| Factory Direct Wholesaler<br>503 MORGAN LAKES INDUSTRIAL BLVD, #200<br>Pooler, GA 31322 | | | Disputed | | | $695,612.70 |
| Flexi-Van Leasing, Inc.<br>PO BOX 3228<br>Boston, MA 02241 | | | Disputed | | | $95,317.05 |
| GSM Transport Co.<br>15700 103RD STREET SUITE 230<br>Lemont, IL 60439 | | | Disputed | | | $13,310.00 |

| Debtor | Bruin Xpress, Inc. | | Case number (if known) | 24-13626 | |
|---|---|---|---|---|---|

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Hyundia<br>222 WEST LAS COLINAS BLVD SUITE 700<br>Irving, TX 75039 | | | Disputed | | | $21,540.00 |
| JET TRANSPORT INC<br>44 W 168TH STREET SOUTH<br>South Holland, IL 60473 | | | Disputed | | | $8,405.00 |
| JP Morgan Chase Bank<br>10 South Dearborn Street, 8th Floor<br>Chicago, IL 60603 | | | | | | $84,565.05 |
| KAYLA HILL<br>4890 W. KENNEDY BLVD., STE. 950<br>Tampa, FL 33609 | | | Disputed | | | $14,105.00 |
| Maersk<br>9300 ARROWPOINT BOULEVARD<br>Charlotte, NC 28273 | | | Disputed | | | $317,280.00 |
| Midwest Trailer Repair<br>1900 WEST 43RD STREET<br>Chicago, IL 60609 | | | Disputed | | | $22,118.39 |
| MSC (MEDITERRANEAN SHIPPING COMPANY (USA<br>420 FIFTH AVENUE<br>New York, NY 10018 | | | Disputed | | | $11,850.00 |
| OCEAN NETWORK EXPRESS NORTH AMERICA INC.<br>8730 STONEY POINT PKWY STE 400<br>Richmond, VA 23235 | | | Disputed | | | $6,765.00 |
| SPIELBERGER LAW GROUP<br>4848 CASTE DARGAN DRIVE<br>Country Club Hills, IL 60478 | | | Disputed | | | $10,895.00 |
| Trac Intermodal<br>PO BOX 952064<br>Saint Louis, MO 63195 | | | Disputed | | | $82,267.05 |

| Debtor | Bruin Xpress, Inc. | Case number (if known) | 24-13626 |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ZIM AMERICAN INTEGRATED SHIPPING 5801 LAKE WRIGHT DRIVE Norfolk, VA 23502 | | | Disputed | | | $5,310.00 |